UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand twenty-three,

_____

| | |
|---|---|
| Nakul Karkare, M.D., Attorney-in-Fact on behalf of patient DB, | **ORDER**<br>Docket No. 22-2887 |
| Plaintiff - Appellant, | |
| v. | |
| Raymours Furniture Co., Inc., | |
| Defendant - Appellee. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/13/2023